FILED

05/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0222

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0222

STATE OF MONTANA,

Plaintiff and Appellee,

v.

SHANE PHILLIP NICKERSON,

Defendant and Appellant.

FILED

MAY 1 0 2024

Bowen Greenwood
Clerk of Supreme Court,
State of Montana

ORDER

Upon consideration of Appellant's motion to voluntarily dismiss his appeal and good cause appearing,

IT IS HEREBY ORDERED that Appellant's appeal in the above matter is DISMISSED with prejudice.

The Clerk is directed to provide a copy of this Order to Shane Phillip Nickerson and all counsel of record.

DATED this _____ day of May, 2024.

For the Court,

_____
Chief Justice